# FLYNN & ASSOCIATES, LLC

March 31, 2020

**Labinski v. Borough of Wenonah, et al**
**1:20-cv-01863**
**Request for Adjournment of Defendants' Motion to Dismiss**
_____

*Via email to chambers*
Hon. Noel L. Hillman, U.S.D.J.
United States District Court
District of New Jersey
Camden Vicinage
1 John Gerry Plaza
4th and Cooper Streets
Camden, NJ  08101

Dear Judge Hillman,

Undersigned counsel represents the Plaintiff, Joseph Labinski, in the above captioned matter. We have just concluded our initial case management call with Magistrate Judge Donio and discovery in this matter was stayed by mutual consent given the circumstances with COVID-19. Currently pending before the Court is the Defendants' Motion to Dismiss. I have conferred with Mr. Madden, Esquire, counsel for the Defendants, and obtained his courteous consent to an adjournment of this motion for several weeks. The adjournment is necessary because we need to have an opportunity to review the potentially dispositive arguments raised in the motion with our client and confer with him about these issues. We are unable to meet with our client in person because of Governor Murphy's Executive Order and we have not yet had an opportunity to schedule a conference call with him as we adjust to working remotely. Finally, Mr. Labinski advised us that he is considered "essential personnel" because of his profession, so I am not certain when I will be able to have an opportunity to review the Defendants' motion with him in depth.

Therefore, I am respectfully requesting that the Court adjourn the return date for the pending Motion for at least four weeks. I have the consent of my adversary to this request

LAW OFFICES
439 Monmouth Street, Gloucester City, New Jersey 08030
Telephone 856.456.3535    Facsimile 856.456.7641    Email rflynnlawllc@gmail.com

ADMITTED TO PRACTICE IN NEW JERSEY, PENNSYLVANIA, UNITED STATES TAX COURT & THE UNITED STATES SUPREME COURT

and this is our first request for an adjournment in this matter. If the Court cannot adjourn the motion for the full time requested, I would appreciate any adjournment that can be provided in light of these unusual circumstances.

I thank the Court for its professional courtesies in this and all other matters and I wish the Court and its staff the best of health. I would also like to thank Ms. Novoa for her especially kind assistance during such stressful times.  Everyone in our firm will look forward to when we can all return to the courthouse and confer with the Court and counsel in person.

Respectfully submitted,

**Flynn & Associates, LLC**

by

*/S/Alex Flynn, Esq.*
_____
**Alex Flynn, Esquire**


cc:     Matthew Madden, Esquire, via email

        Plaintiff