**FLYNN & ASSOCIATES, LLC**
RICHARD M. FLYNN, ESQ. 3431978
ALEX FLYNN, ESQ. 196302016
439 MONMOUTH STREET
GLOUCESTER CITY, NJ 08030
(856) 456-3535
rflynnlawllc@gmail.com
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOSEPH LABINSKI**<br>**PLAINTIFF**<br>V.<br>**BOROUGH OF WENONAH, ET AL**<br>**DEFENDANTS** | **DOCKET NO. 1:20-CV-01863**<br>**CIVIL ACTION**<br>**STIPULATION OF DISMISSAL** |

To: CLERK OF THE UNITED STATES DISTRICT COURT

It is hereby stipulated that the above matter is to be dismissed with prejudice.

Respectfully submitted,

Dated: 8/17/2020

**FLYNN & ASSOCIATES, LLC**

by _____
**Alex Flynn, Esquire**
Attorneys for Plaintiff

Dated: 8/17/2020

**MADDEN & MADDEN, P.A.**

by _____
**Matthew Madden, Esquire**
Attorneys for Defendants

FLYNN & ASSOCIATES, LLC
439 Monmouth Street, Gloucester City, NJ 08030